# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALICE BELCHER,

                Plaintiff,

v.

SPRINGFIELD COLLEGE,

                Defendant.

Case No. 17-CV-1086-JPS

**ORDER**

On March 16, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. (Docket #36). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #36) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge